```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> EAST BAY ROCK CORPORATION, a California corporation <br><br> Defendant. | NO. C 08 1245 JCS <br><br> CONSENT TO JURISDICTION BY A UNITED STATES <u>MAGISTRATE JUDGE</u> |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C., Section 636 (c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the North Circuit.

Date: 3/20/08

```
                    ERSKINE & TULLEY
                    A PROFESSIONAL CORPORATION

                    By: _____
                        Michael J. Carroll
                        Attorney for Plaintiffs
```

<u>CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE</u>

1