*FILED*
*JUN 0 6 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, | No. C 08-01245 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| EAST BAY ROCK CORP., | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on June 6, 2008, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **July 25, 2008, at 1:30 p.m.**, before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on June 6, 2008. A case management conference is also scheduled for July 25, 2008, at 1:30 p.m.

IT IS SO ORDERED.

Dated: June 6, 2008

JOSEPH C. SPERO
United States Magistrate Judge