1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10
   NORTHWEST ADMINISTRATORS, INC.,    )    NO.  C 08 1245 JCS
11                                     )
                                       )
12                         plaintiffs, )    CASE MANAGEMENT CONFERENCE
                              vs.      )    STATEMENT AND RESPONSE TO
13                                     )    ORDER TO SHOW CAUSE
                                       )
14 EAST BAY ROCK CORPORATION, a        )
   California corporation              )    CASE MANAGEMENT CONFERENCE
15                                     )    DATE: 7/25/08
                         Defendants.   )    TIME: 1:30 p.m.
16                                     )
   _____)
17

18         Plaintiffs report the status of this case as follows:

19         1.   The Complaint was filed March 3, 2008.  Service was

20 not accomplished at either of the two addresses known to the

21 Plaintiff.  Defendant operates trucks out of locked yards.  The

22 offices have been occupied by other companies when the process server

23 arrived.

24         2.   Defendant's owner, Tom Chasm, has been in contact by

25 telephone with the undersigned.  He has acknowledge that some

26 contributions are due, and agreed to pay, possibly before the

27 conference date.  The report forms are being filled out now.

28         3.   Mr. Chasm has also provided a home address.  Service

   CASE MANAGEMENT STATEMENT AND RESPONSE TO ORDER TO SHOW CAUSE
                               1

1  will be made there if the matter is not settled before the conference

2  date.

3       4.    Counsel failed to appear on June 6, 2008 because the

4  matter was never placed on my calendar.   Apparently there was some

5  confusion with another case, <u>Northwest Administrators Inc., v Bayview</u>

6  <u>Rock,</u> CV 08- 00136, a similar case with a similar name, in which the

7  Case Management Conference was continued to August 7, 2008.   The

8  undersigned takes full responsibility for this error and apologizes

9  to the Court for the non appearance.   This was my fourth failure to

10 appear in over thirty years of practice in District Court

11 DATED: July 15, 2008                Respectfully submitted,

12                                     ERSKINE & TULLEY
                                       A PROFESSIONAL CORPORATION
13

14                                     By: _____
15                                         Michael J. Carroll
                                           Attorneys for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

CASE MANAGEMENT STATEMENT AND RESPONSE TO ORDER TO SHOW CAUSE
                                    2

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On July 15, 2008 I served the within CASE MANAGEMENT CONFERENCE STATEMENT AND RESPONSE TO ORDER TO SHOW CAUSE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

East Bay Rock Corporation
Tom Chasm
175 Whittier Avenue
San Rafael, CA 94903

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2008 at San Francisco, CA.


                              /s/Sharon Eastman
                              Sharon Eastman