```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9
10
11                                      )   NO.  C 08 1245 JCS
    NORTHWEST ADMINISTRATORS, INC.      )
12                                      )   EX PARTE APPLICATION FOR
                       Plaintiff,       )   ORDER TO CONTINUE CASE
13                                      )   MANAGEMENT   CONFERENCE
                                        )   AND ORDER TO SHOW CAUSE
14          vs.                         )   HEARING
                                        )
15  EAST BAY ROCK CORPORATION, a        )
    California corporation              )
16                                      )
                                        )
17                                      )
                       Defendant.       )
18  _____ )
```

19          Plaintiff, NORTHWEST ADMINISTRATORS, INC., hereby applies

20  *ex parte* for an order to continue the Case Management Conference and

21  Order to Show Cause Hearing from July 25, 2008 to August 29, 2008.

22          This *ex parte* application is based upon the Declaration of

23  Attorney Michael J. Carroll filed herewith.

24  Dated:  July 23, 2008

25                                  Respectfully submitted,

26                                  ERSKINE & TULLEY

27                                  By:/s/ Michael J. Carroll
                                        Michael J. Carroll
28                                      Attorneys for Plaintiff

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE AND ORDER TO SHOW
CAUSE HEARING           1