ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC. | ) | NO.  C 08 1245 JCS |
| | ) | |
| Plaintiff, | ) | DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE HEARING |
| vs. | ) | |
| EAST BAY ROCK CORPORATION, a California corporation | ) | |
| Defendant. | ) | |

I, MICHAEL J. CARROLL, certify:

1.    I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, NORTHWEST ADMINISTRATORS, INC., in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

2.    Today defendant's payroll records arrived at my office by overnight mail.  My client is calculating the amount due.

3.    Defendant has promised to make payment arrangements for any outstanding balance.

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE HEARING                    1

1          4.    It is requested that the Court continue the Case
2    Management Conference and Order to Show Cause Hearing some thirty days
3    hence to see if the entire matter can be resolved by the parties.

4          5.    Good cause exists to grant plaintiff's request for a
5    continuance of the hearing currently set for July 25, 2008 to August
6    29, 2008 to allow the parties time to settle this case and avoid any
7    unnecessary burden to the Court.

8          I declare under penalty of perjury that the foregoing is
9    true and correct to the best of my knowledge.

10         Executed on July 23, 2008 at San Francisco, California.

11
                                   /s/ Michael J. Carroll
12                                     Michael J. Carroll

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE HEARING                2

PROOF OF SERVICE BY MAIL

I, SHARON EASTMAN, the undersigned, hereby certify and declare under penalty of perjury that the following statement are true and correct:

1.   I am a citizen of the United States and employed in City of San Francisco, California.  I am over the age of eighteen years and not a party to the within above entitled action.

2.   My business address is 220 Montgomery Street, Suite 303, San Francisco, CA, 94104.

3.   On July 23, 2008 I served the within PLAINTIFF'S DECLARATION OF MICHAEL J. CARROLL REQUESTING THAT CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE HEARING TO BE CONTINUED and ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

East Bay Rock Corporation
Tom Chasm
175 Whittier Avenue
San Rafael, CA 94903

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2008 at San Francisco, CA.


/s/Sharon Eastman
Sharon Eastman