```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:   (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> EAST BAY ROCK CORPORATION, a ) <br> California corporation ) <br> ) <br> Defendant. ) <br> ) | NO.  C 08 1245 JCS <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for July 25, 2008 continued to August 29, 2008 at 1:30 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: _____

_____
Honorable Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE HEARING