```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>　　　　　　　Plaintiffs, <br><br>　　vs. <br><br>EAST BAY ROCK CORPORATION, a California corporation <br><br>　　　　　　　Defendant. | NO.  C 08 1245 JCS <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　IT IS ORDERED that the Case Management Conference in this case set for July 25, 2008 continued to August 29, 2008 at 1:30 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: July 24, 2008

_____
Honorable Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE HEARING