```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.<br><br>             Plaintiff,<br><br>     vs.<br><br>EAST BAY ROCK CORPORATION, a California corporation<br><br>             Defendant. | NO. C 08 1245 JCS<br><br>MOTION FOR ENTRY OF DEFAULT |

To the Clerk of the United States District Court for the Northern District of California:

You will please enter the default of defendant, EAST BAY ROCK CORPORATION, a California corporation, for failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: August 21, 2008                               ERSKINE & TULLEY


                                           By:    /s/ Michael J. Carroll
                                                  MICHAEL J. CARROLL
                                                  Attorney for Plaintiff

**MOTION FOR ENTRY OF DEFAULT**                     1