ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) | NO. C 08 1245 JCS |
| ) Plaintiff, ) | PROPOSED NOTICE OF ENTRY OF DEFAULT |
| vs. ) | |
| ) EAST BAY ROCK CORPORATION, a California ) corporation ) | |
| ) Defendant.. ) | |

      IT IS HEREBY NOTICED that the default of defendant, EAST BAY ROCK CORPORATION, a California corporation, has been entered by the Clerk of the Court on _____.

Date:_____        Richard W. Wieking, Clerk


By: _____
       Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**        1