```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
NORTHWEST ADMINISTRATORS, INC.,   )   NO.  C 08 1245 JCS
                  Plaintiff,      )
                                  )   PLAINTIFF'S CASE
         vs.                      )   MANAGEMENT STATEMENT
                                  )   DATE: AUGUST 29, 2008
EAST BAY ROCK CORPORATION, a      )   TIME: 1:30 p.m.
California corporation            )
                                  )
                                  )
                  Defendant.      )
_____)
```

Plaintiff reports the status of this case as follows:

Substituted service was accomplished on June 2, 2008. We have attempted to work with the defendant to accurately determine the trust fund liability and arrange for payment. Those effects have not yet been successful.

A default has been applied for. When the clerk enters the default plaintiff will assemble the information necessary to move the court for default judgment.

DATED: August 21, 2008                Respectfully submitted,

                                      ERSKINE & TULLEY
                                      A PROFESSIONAL CORPORATION

                                      By: /s/ Michael J. Carroll
                                      Michael J. Carroll
                                      Attorneys for Plaintiff

PLAINTIFF'S CASE MANAGEMENT STATEMENT            1

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On August 21, 2008 I served the within PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

East Bay Rock Corporation
175 Whittier Avenue
San Rafael, CA 94903

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2008 at San Francisco, CA.

            /s/ Sharon Eastman
               Sharon Eastman