**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 25, 2008

RE:  CV 08-01245 JCS    NORTHWEST ADMINISTRATORS-v- EAST BAY ROCK CORP.

Default is entered as to **Defendant East Bay Rock Corporation** on **August 25, 2008**.

RICHARD W. WIEKING, Clerk

by Gina Agustine-Rivas
Case Systems Administrator

NDC TR-4  Rev. 3/89