```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.<br><br>               Plaintiff,<br><br>     vs.<br><br>EAST BAY ROCK CORPORATION, a<br>California corporation<br><br>               Defendant.<br>_____ | NO.  C 08 1245 JCS<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE HEARING |

   Plaintiff, NORTHWEST ADMINISTRATORS, INC., hereby applies ex parte for an order to continue the Case Management Conference and Order to Show Cause Hearing from August 29, 2008 to September 26, 2008.

   This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

Dated:   August 28, 2008

                              Respectfully submitted,

                              ERSKINE & TULLEY

                              By:/s/ Michael J. Carroll
                                    Michael J. Carroll
                                    Attorneys for Plaintiff

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE AND ORDER TO SHOW CAUSE HEARING             1