```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9
10
11  NORTHWEST ADMINISTRATORS, INC.    )   NO.  C 08 1245 JCS
                                      )
12                                    )   DECLARATION OF ATTORNEY
                         Plaintiff,   )   MICHAEL J. CARROLL IN
13                                    )   SUPPORT OF PLAINTIFF'S
             vs.                      )   EX PARTE APPLICATION FOR
14                                    )   ORDER TO CONTINUE CASE
    EAST BAY ROCK CORPORATION, a      )   MANAGEMENT CONFERENCE
15  California corporation            )   AND ORDER TO SHOW CAUSE
                                      )   HEARING
16                                    )
                         Defendant.   )
17  _____ )
```

18      I, MICHAEL J. CARROLL, certify:

19      1.   I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, NORTHWEST ADMINISTRATORS, INC., in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

25      2.   Defendant advised me today that he will make payment in my office tomorrow.

27      3.   It is requested that the Court continue the Case Management Conference and Order to Show Cause Hearing some thirty days

1 hence to see if the entire matter can be resolved by the parties.

2          4.   Good cause exists to grant plaintiff's request for a continuance of the hearing currently set for August 29, 2008 to September 26, 2008 to allow the parties time to settle this case and avoid any unnecessary burden to the Court.  The case will be dismissed when the check clears.

          I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

          Executed on August 28, 2008 at San Francisco, California.

                              /s/ Michael J. Carroll
                              Michael J. Carroll

<u>PROOF OF SERVICE BY MAIL</u>

I, SHARON EASTMAN, the undersigned, hereby certify and declare under penalty of perjury that the following statement are true and correct:

1. I am a citizen of the United States and employed in City of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action.

2. My business address is 220 Montgomery Street, Suite 303, San Francisco, CA, 94104.

3. On August 28, 2008 I served the within PLAINTIFF'S DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE HEARING, EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE HEARING AND ORDER TO CONTINUE TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

East Bay Rock Corporation
Tom Chasm
175 Whittier Avenue
San Rafael, CA 94903

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2008 at San Francisco, CA.

/s/Sharon Eastman
Sharon Eastman