1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11

12 NORTHWEST ADMINISTRATORS, INC.,    )    NO.  C 08 1245 JCS
                                      )
13                                    )    ORDER TO CONTINUE CASE
                       Plaintiffs,    )    MANAGEMENT CONFERENCE
14                                    )
           vs.                        )
15                                    )
   EAST BAY ROCK CORPORATION, a       )
16 California corporation             )
                                      )
17                     Defendant.     )
18 _____)

19

20         IT IS ORDERED that the Case Management Conference in this

21 case set for August 29, 2008 continued to September 26, 2008 at 1:30

22 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San

23 Francisco, CA.

24 Dated:_____

25                              _____
                               Honorable Joseph C. Spero
26

27

28


   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE